

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2015

No. 04-14-00619-CR

Rudy **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4957
Honorable Stephen B. Ables, Judge Presiding

## O R D E R

Because appellant's brief was not timely filed, this appeal was abated to the trial court for an abandonment hearing to address the following questions: (1) does appellant desire to prosecute his appeal; (2) is appellant indigent; and (3) has appointed or retained counsel abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2). The trial court conducted a hearing on December 16, 2014; however, after the date of that hearing, appellant and/or his family retained attorney Dayna Jones to pursue the appeal. In its findings of fact and conclusions of law, the trial court determined: (1) appellant desires to prosecute his appeal; (2) retained counsel intends to pursue the appeal; and (3) the previously appointed appellate counsel did not file a brief because he changed employment.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellant's brief must be filed no later than February 19, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court